[No. 74266-3-I.   Division One.   February 6, 2017.]

GLOGOWSKI LAW FIRM, PLLC, *Respondent*, v. CITY FIRST MORTGAGE SERVICES, LLC, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-22055-9, Jeffrey M. Ramsdell, J., entered July 15, 2015. *Reversed* and *remanded* by unpublished opinion per Appelwick, J., concurred in by Verellen, C.J., and Mann, J.

[No. 74623-5-I.   Division One.   February 6, 2017.]

PACIFIC MARKET INTERNATIONAL, LLC, *Respondent*, v. TCAM CORE PROPERTY FUND OPERATING LP, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-06885-2, Laura Gene Middaugh, J., entered October 27, 2015. *Reversed* and *remanded* by unpublished opinion per Becker, J., concurred in by Verellen, C.J., and Trickey, J.

[No. 76012-2-I.   Division One.   February 6, 2017.]

CHRISTOPHER COOK ET AL., *Respondents*, v. THE DEPARTMENT OF CORRECTIONS, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 15-2-00479-1, Mary Sue Wilson, J., entered October 9, 2015. *Reversed* and *remanded with instructions* by unpublished opinion per Verellen, C.J., concurred in by Cox and Dwyer, JJ.

[No. 47401-8-II.   Division Two.   February 7, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER JOHN REINHOLD, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-1-01026-7, Garold E. Johnson, J., entered March 27, 2015. *Affirmed* by unpublished opinion per Lee, J., concurred in by Maxa, A.C.J., and Melnick, J.